the district court did not abuse its discretion in holding that Pierson was not entitled to a downward departure for aberrant behavior.

AFFIRMED.

Alan RICHARDS, et al., Plaintiffs–Appellants,

v.

LLOYD'S OF LONDON, an unincorporated association, Corporation of Lloyd's, aka Society of Lloyd's, aka The Society and Council of Lloyd's, Defendants–Appellees.

John R. NORTON, III; Doris S. Norton; Diane B. Allison; Charles G. Bentzin; F.M. Binkley; Delmar A. Brady; Samme Jo Brady; George Maning Close; Russell M. Collins; Peter Dwares; Robert Flesvig; Donald P. Gallop; Charles A. Gerlach, Jr.; Robert W. Gerwig; Richard C. Henry; Michael C. Hirsh; R. William Johnston; James H. Kayian; Joanne S. Kayian–Olooney; Suzanne Kayian; Lowell Conrad Lundell; Judith M. Ott; H.E. Rainbolt; David L. Rosenblatt; Ray Morse Sanderson; Claire Tillman; Warren G. Vander Voort; Peter Beck; Harold Franz Ilg; John C. Griffin; Ted Kosloff; Francis J. Milon; Glen R. Mogan; Melanie M. Norton; Joseph F. Weller, Plaintiffs–Appellants,

v.

LLOYD'S OF LONDON, an unincorporated association; Corporation of Lloyd's, aka Society of Lloyd's, aka The Society and Council of Lloyd's, Defendants–Appellees.

Nos. 95–55747, 95–56467.

United States Court of Appeals, Ninth Circuit.

Aug. 22, 1997.

Before: HUG, Chief Judge.

*ORDER*

Prior report: 107 F.3d 1422.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

Lisbeth L. GARRATT, Plaintiff–Appellant,

v.

John S. WALKER, d/b/a John S. Walker, DMD, Defendant–Appellee.

No. 96–1470.

United States Court of Appeals, Tenth Circuit.

July 29, 1997.